TOGUT, SEGAL & SEGAL LLP
Attorneys for Albert Togut, Not
Individually But Solely in His Capacity as Chapter 7
Trustee of Carolyn G. Brown
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
In re: :
 :   Chapter 7
CAROLYN G. BROWN, :   Case No. 18-11720 (MEW)
 :
        Debtor. :
-------------------------------------------------------------X
CAROLYN G. BROWN, :
 :   Adv. Proc. No. 19-01100 (MEW)
        Plaintiff, :
 -against- :
 :
MILTON DAVIS, *et. al*, :
 :
        Defendants. :
------------------------------------------------------------- X

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee in the Chapter 7 case of Carolyn G. Brown, pending in the United States Bankruptcy Court for the Southern District of New York, Case No. 18-11720 [MEW], pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case be given and served upon:

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Attention:  Neil Berger, Esq.
            Amanda C. Glaubach, Esq.
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:      neilberger@teamtogut.com
            aglaubach@teamtogut.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notices of any hearings, conferences, application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

DATED:  New York, New York
        May 14, 2019

Respectfully submitted,

ALBERT TOGUT
Not Individually But Solely in His
Capacity as Chapter 7 Trustee
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

_/s/ Neil Berger_
NEIL BERGER
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000