Togut, Segal & Segal LLP
*Attorneys for Albert Togut*
*Not Individually But Solely in His Capacity*
*as the Chapter 7 Trustee*
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger

ABANDONMENT DATE: 11/30/20

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                      :
In re:                                 :      Chapter 7
                                      :      Case No. 18-11720 [MEW]

CAROLYN G. BROWN,

                     Debtor.

------------------------------------------------------------x
CAROLYN G. BROWN,

                     Plaintiff,      Adv. Proc. No. 19-01100 [MEW]

vs.

MILTON DAVIS, et. al.,

                     Defendants.
------------------------------------------------------------x

## NOTICE OF TRUSTEE'S ABANDONMENT
## OF DEBTOR'S INTEREST IN CLAIMS

TO:    ALL OF THE DEBTOR'S KNOWN CREDITORS;
         THE DEBTOR; AND
         OTHER PARTIES IN INTEREST

        **PLEASE TAKE NOTICE** that, pursuant to section 554 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 6007-1(a) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), Albert Togut, not individually but solely in his capacity as the Chapter 7 trustee (the "Trustee") of Carolyn G. Brown (the "Debtor"), intends to abandon all of

the Chapter 7 estate's right, title and interest in and to all of the claims (the "Claims") asserted by the Debtor in the adversary proceeding that she commenced in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entitled: *Carolyn G. Brown v. Milton Brown, et. al.*, Adv. Proc. No. 19-01100 [MEW] (the "Adversary Proceeding").

**PLEASE TAKE FURTHER NOTICE** that, based upon the Trustee's investigation concerning the Claims, the documents the Trustee received from the Debtor, and the Bankruptcy Court's August 16, 2019 Decision in the Adversary Proceeding, the Trustee has concluded that the Claims have inconsequential value to the Debtor's Chapter 7 estate, are otherwise burdensome to the estate, and should be abandoned.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 6007-1(a), the Claims in the Adversary Proceeding will be abandoned to the Debtor, subject to all claims, rights and interests of third parties.

**PLEASE TAKE FURTHER NOTICE** that unless a creditor or party-in-interest files a written objection and a request for a hearing with the Clerk of the United States Bankruptcy Court for the Southern District of New York in compliance with, among other things, General Order M-182 which provides for the means of electronic filing of objections with the Court, which may be accessed at the official web site maintained by the Bankruptcy Court at www.nysb.uscourts.gov, with copies served upon, so as to be received by: (i) the undersigned attorneys for the Trustee (neilberger@teamtogut.com and aglaubach@teamtogut.com); and (ii) William K. Harrington, United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10016, Attn: Andy Velez-Rivera, Esq. (andy.velez-rivera@usdoj.gov.), within fourteen

(14) days after the date of this Notice, the Trustee will be deemed to have abandoned the estate's interest in the Claims on the fifteenth day after the date of this Notice.

DATED: New York, New York
November 13, 2020

ALBERT TOGUT, not individually but solely
in his capacity as the Chapter 7 Trustee,
By his Attorneys,
TOGUT, SEGAL & SEGAL LLP,
By:
    */s/ Neil Berger*
NEIL BERGER
A Member of the Firm
One Penn Plaza - Suite 3335
New York, New York 10119
(212) 594-5000